

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00007-CR

AUGUSTINE NAVARRO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 427th District Court
Travis County, Texas
Trial Court No. D-1-DC-17-206016

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Augustine Navarro entered an open plea of guilty to, and was convicted of, unlawful possession of a firearm by a felon. After a bench trial on punishment, Navarro was sentenced to ten years' imprisonment. He appeals.[1]

In companion cause number 06-19-00006-CR, Navarro also appeals his conviction for aggravated robbery with a deadly weapon. Navarro has filed a single brief in which he raises issues common to both of his appeals. Navarro argues that his sentence was disproportionate to his crime and constituted an abuse of discretion because it was not supported by legally sufficient evidence.

We addressed these issues in detail in our opinion of this date on Navarro's appeal in cause number 06-19-00006-CR. For the reasons stated therein, we likewise conclude that Navarro failed to preserve his disproportionate sentence claim in this cause and that, because his sentence was within the range of punishment, he is not entitled to a sufficiency review of his sentence.

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001. In this transfer case, we will apply the law of the transferor court, the Third Court of Appeals. *See* TEX. R. APP. P. 41.3.

We affirm the trial court's judgment.

Josh R. Morriss, III  
Chief Justice

Date Submitted:     September 3, 2019  
Date Decided:       September 11, 2019

Do Not Publish